# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Douglas Brown,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  2:24-cv-06048-SPG-DFM<br><br>[PROPOSED] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of ONE THOUSAND THIRTY-NINE DOLLARS AND 63/100 ($1,039.63) as authorized by 28 U.S.C. § 2412 and costs in the amount of FOUR HUNDRED AND FIVE DOLLARS AND 00/100 ($405.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

　　　IT IS SO ORDERED.

DATE: December 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　HON. DOUGLAS F. MCCORMICK
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE